1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RAMIRO GARZA,                         1:07-cv-001452-AWI-NEW (DLB) PC

12          Plaintiff,                    ORDER TO SUBMIT NEW  APPLICATION
       vs.                               TO PROCEED IN FORMA PAUPERIS AND
13                                        CERTIFIED COPY OF TRUST ACCOUNT
    NONE,                                 STATEMENT **OR** PAY FILING FEE
14                                        WITHIN THIRTY DAYS
          Defendant.
15
                                   /
16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18  to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28

19  U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient as

20  follows:

21          The application did not include the required original signature by an authorized

22  officer of the institution of incarceration.   28 U.S.C. § 1915(a)(2); and

23          The application did not include a certified copy of plaintiff's prison trust account

24  statement for the six month period immediately preceding the filing of the complaint.  28 U.S.C.

25  § 1915(a)(2).

26

                                      -1-

1    Plaintiff will be provided the opportunity to submit a new application to proceed

2   in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing

3   fee.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.  The Clerk's Office shall send plaintiff the form for application to proceed in

6   forma pauperis.

7    2.  Within **thirty (30) days** of the date of service of this order, plaintiff shall

8   submit a completed application to proceed in forma pauperis and a certified copy of his prison

9   trust account statement for the six month period immediately preceding the filing of the

10  complaint, or in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply

11  with this order will result in a recommendation that this action be dismissed.

12

13   IT IS SO ORDERED.

14   **Dated:**    **October 12, 2007**                        **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26