1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RAMIRO GARZA,                          1:07-cv-01452 AWI GSA (PC)

12          Plaintiff,                     ORDER TO SUBMIT NEW  APPLICATION
            vs.                            TO PROCEED IN FORMA PAUPERIS AND
13                                         CERTIFIED COPY OF TRUST ACCOUNT
    NONE (INFORMATION NOT PROVIDED         STATEMENT **OR** PAY FILING FEE
14  ON COMPLAINT),                         WITHIN THIRTY (30) DAYS

15          Defendants.

16  _____/

17

18        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

19  to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28

20  U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient as

    follows:

21
            The application did not include the required original signature by
22  an authorized officer of the institution of incarceration.   28 U.S.C. § 1915(a)(2).

23

24        The application did not include a certified copy of plaintiff's  prison trust account

25  statement for the six month period immediately preceding the filing of the complaint.  28 U.S.C.

26

                                        −1−

§ 1915(a)(2).

The plaintiff's attached trust account statement was not certified.

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk's Office shall send plaintiff the form for application to proceed in forma pauperis.

2.  Within thirty (30) days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.


**Dated: December 4, 2007**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE

-2-