UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARZA,<br><br>        Plaintiff,<br><br>vs.<br><br>NONE,<br><br>        Defendant.<br>_____/ | 1:07-cv-01452-AWI-GSA PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER**<br><br>**(Docs. 8 and 9)** |

    Plaintiff Ramiro Garza ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 18, 2008, the Magistrate Judge filed a Findings and a Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendation was to be filed within thirty days. To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 18, 2008, is ADOPTED IN FULL;
2. This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the Court's order of December 5, 2007;
3. All pending motions are DENIED as moot; and
4. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   March 13, 2008**               /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE